UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:
    RONALD E. ORLOWSKI AND        )
    SUSAN M. ORLOWSKI                )    Case No: 13-10078 – TPA
        Debtor                          )    Judge Thomas P. Agresti
_____  )
                                          )    Chapter 13
                                          )
                                          )    Document No.
                                          )

### ENTRY OF APPEARANCE

Please enter my appearance on behalf of Ronald E. Orlowski and Susan M. Orlowski.   Please send further notices regarding this case to the undersigned.

                                         /s/ Tina M. Fryling, Esq.
                                         Attorney for Debtors
                                         4402 Peach Street, Suite 3
                                         Erie, PA   16509
                                         (814) 450 5161
                                         tinafryling@gmail.com