**Form 128**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Ronald E. Orlowski** | : | Case No. 13–10078–TPA |
| **Susan M. Orlowski** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| Wells Fargo Bank, National Association | : | |
| Successor by Merger to Wells Fargo Bank | : | Related to Claim No. 0 |
| Minnesota, As Trustee for Delta Funding | : | |
| Corporation, Home Equity Loan Asset–Backed | : | |
| Certificates, Series 2000–4 | : | |
| *Movant,* | : | |
| | : | |
| v. | : | |
| Ronald E. Orlowski | : | |
| Susan M. Orlowski | : | |
| *Respondent.* | : | |
| | : | |

## NOTICE REGARDING NONCONFORMING DOCUMENT

The **Notice of Mortgage Payment Change or Notice of Post–Petition Fees, Expenses and Charges** *must be refiled* for the following reason:

Failure to comply with *W.PA.LBR 5005–13*. All documents filed electronically that have been created, authored, or customized by the electronic filer must be filed in a format that allows the Court to perform a full text search in accordance with *W.PA.LBR 5005–13*. For instructions on creating a PDF in the proper format, you may refer to the Online Attorney Training Manual on the Court's website. Required corrective action due  May 1, 2017 .

Dated: April 17, 2017

Melissa Guthrie
Deputy Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Ronald E. Orlowski  
Susan M. Orlowski  
    Debtors

Case No. 13-10078-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: mgut     Page 1 of 1     Date Rcvd: Apr 17, 2017  
                       Form ID: 128     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2017.  
aty         +Daniel P. Foster,    Foster Law Offices,    PO Box 966,    Meadville, PA 16335-6966  
            +Matthew C. Waldt, Esq.,    Milstead & Associates, LLC,    1 E. Stow Rd.,    Marlton, NJ 08053-3118

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2017                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2017 at the address(es) listed below:

        Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
        Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
        Daniel P. Foster    on behalf of Joint Debtor Susan M. Orlowski dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
        Daniel P. Foster    on behalf of Plaintiff Ronald E. Orlowski dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
        Daniel P. Foster    on behalf of Debtor Ronald E. Orlowski dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
        Daniel P. Foster    on behalf of Plaintiff Susan M. Orlowski dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
        James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com  
        James A. Prostko    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com, james.prostko@phelanhallinan.com  
        Jay B. Jones    on behalf of Creditor    BAC Home Loan Servicing, LP pawb@fedphe.com  
        Joseph P. Schalk    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com, joseph.schalk@phelanhallinan.com  
        Mario J. Hanyon    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com  
        Matthew Christian Waldt    on behalf of Creditor    Wells Fargo Bank, National Association Successor by Merger to Wells Fargo Bank Minnesota, As Trustee for Delta Funding Corporation, Home Equity Loan Asset-Backed Certificates, Series 2000-4 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Robert P. Wendt    on behalf of Creditor    Bank of America, N.A. pawb@fedphe.com  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        Tina M. Fryling    on behalf of Joint Debtor Susan M. Orlowski tinafryling@gmail.com, tfryling@mercyhurst.edu  
        Tina M. Fryling    on behalf of Debtor Ronald E. Orlowski tinafryling@gmail.com, tfryling@mercyhurst.edu  
        William E. Craig    on behalf of Creditor    Credit Acceptance Corporation mortonlaw.bcraig@verizon.net,  donnal@mortoncraig.com;mhazlett@mortoncraig.com  
                                                                                     TOTAL: 18