Form 237

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Ronald E. Orlowski** : | Case No. 13−10078−TPA |
| **Susan M. Orlowski** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| Seterus, Inc. as the authorized subservicer for : | |
| FNMA : | Related to Claim No. 11 |
| *Movant,* : | |
| : | |
| v. : | |
| Ronald E. Orlowski : | |
| Susan M. Orlowski : | |
| Ronda J. Winnecour, Esq., Trustee : | |
| *Respondent.* : | |

## ORDER

        **AND NOW**, this **18th day of April, 2017,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *Seterus, Inc. as the authorized subservicer for FNMA* at Claim No. 11 in the above−captioned bankruptcy case,

        It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

    (1)    an *AMENDED CHAPTER 13 PLAN;*

    (2)    a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

    (3)    an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

        *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Ronald E. Orlowski
Susan M. Orlowski
    Debtors

Case No. 13-10078-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: mgut      Page 1 of 1      Date Rcvd: Apr 18, 2017
                     Form ID: 237      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2017.
db/jdb      +Ronald E. Orlowski,    Susan M. Orlowski,    11013 Morgan Road,    Wattsburg, PA 16442-9133

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2017      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2017 at the address(es) listed below:

         Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC agornall@goldbecklaw.com,
          bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
          bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         Daniel P. Foster    on behalf of Joint Debtor Susan M. Orlowski dan@mrdebtbuster.com,
          clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
         Daniel P. Foster    on behalf of Plaintiff Ronald E. Orlowski dan@mrdebtbuster.com,
          clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
         Daniel P. Foster    on behalf of Debtor Ronald E. Orlowski dan@mrdebtbuster.com,
          clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
         Daniel P. Foster    on behalf of Plaintiff Susan M. Orlowski dan@mrdebtbuster.com,
          clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
         James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
         James A. Prostko    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com,
          james.prostko@phelanhallinan.com
         Jay B. Jones    on behalf of Creditor    BAC Home Loan Servicing, LP pawb@fedphe.com
         Jeniece D. Davis    on behalf of Creditor    Federal National Mortgage Association
          jeniece@mvrlaw.com, bonnie@mvrlaw.com
         Joseph P. Schalk    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com,
          joseph.schalk@phelanhallinan.com
         Mario J. Hanyon    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com
         Matthew Christian Waldt    on behalf of Creditor    Wells Fargo Bank, National Association
          Successor by Merger to Wells Fargo Bank Minnesota, As Trustee for Delta Funding Corporation,
          Home Equity Loan Asset-Backed Certificates, Series 2000-4 mwaldt@milsteadlaw.com,
          bkecf@milsteadlaw.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Robert P. Wendt    on behalf of Creditor    Bank of America, N.A. pawb@fedphe.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         Tina M. Fryling    on behalf of Joint Debtor Susan M. Orlowski tinafryling@gmail.com,
          tfryling@mercyhurst.edu
         Tina M. Fryling    on behalf of Debtor Ronald E. Orlowski tinafryling@gmail.com,
          tfryling@mercyhurst.edu
         William E. Craig    on behalf of Creditor    Credit Acceptance Corporation
          mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com
         TOTAL: 19