Form 237

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Ronald E. Orlowski** | : | Case No. 13−10078−TPA |
| **Susan M. Orlowski** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| Wells Fargo Bank, National Association | : | |
| Successor by Merger to Wells Fargo Bank | : | Related to Claim No. N/A |
| Minnesota, As Trustee for Delta Funding | : | |
| Corporation, Home Equity Loan Asset−Backed | : | |
| Certificates, Series 2000−4 | : | |
| *Movant,* | : | |
| | : | |
| v. | : | |
| Ronald E. Orlowski | : | |
| Susan M. Orlowski | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |
| | : | |

## ORDER

        **AND NOW**, this **1st day of May, 2017,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *Wells Fargo Bank, National Association Successor by Merger to Wells Fargo Bank Minnesota, As Trustee for Delta Funding Corporation, Home Equity Loan Asset−Backed Certificates, Series 2000−4* at Claim No. N/A in the above−captioned bankruptcy case,

        It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

    (1)    an *AMENDED CHAPTER 13 PLAN;*

    (2)    a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

    (3)    an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

        *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Ronald E. Orlowski  
Susan M. Orlowski  
    Debtors

Case No. 13-10078-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1   User: mgut   Page 1 of 1   Date Rcvd: May 01, 2017  
               Form ID: 237   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2017.
db/jdb          +Ronald E. Orlowski,    Susan M. Orlowski,    11013 Morgan Road,    Wattsburg, PA 16442-9133

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2017 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC agornall@goldbecklaw.com,
         bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
         bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Daniel P. Foster    on behalf of Joint Debtor Susan M. Orlowski dan@mrdebtbuster.com,
         clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
        Daniel P. Foster    on behalf of Plaintiff Ronald E. Orlowski dan@mrdebtbuster.com,
         clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
        Daniel P. Foster    on behalf of Debtor Ronald E. Orlowski dan@mrdebtbuster.com,
         clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
        Daniel P. Foster    on behalf of Plaintiff Susan M. Orlowski dan@mrdebtbuster.com,
         clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
        James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
        James A. Prostko    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com,
         james.prostko@phelanhallinan.com
        Jay B. Jones    on behalf of Creditor    BAC Home Loan Servicing, LP pawb@fedphe.com
        Jeniece D. Davis    on behalf of Creditor    Federal National Mortgage Association
         jeniece@mvrlaw.com, bonnie@mvrlaw.com
        Joseph P. Schalk    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com,
         joseph.schalk@phelanhallinan.com
        Mario J. Hanyon    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com
        Matthew Christian Waldt    on behalf of Creditor    Wells Fargo Bank, National Association
         Successor by Merger to Wells Fargo Bank Minnesota, As Trustee for Delta Funding Corporation,
         Home Equity Loan Asset-Backed Certificates, Series 2000-4 mwaldt@milsteadlaw.com,
         bkecf@milsteadlaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Robert P. Wendt    on behalf of Creditor    Bank of America, N.A. pawb@fedphe.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        Tina M. Fryling    on behalf of Joint Debtor Susan M. Orlowski tinafryling@gmail.com,
         tfryling@mercyhurst.edu
        Tina M. Fryling    on behalf of Debtor Ronald E. Orlowski tinafryling@gmail.com,
         tfryling@mercyhurst.edu
        William E. Craig    on behalf of Creditor    Credit Acceptance Corporation
         mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                                             TOTAL: 19