## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :
Ronald E. Orlowski                              :
and Susan M. Orlowski                           :        Bankruptcy No. 13-10078-TPA
    DEBTOR                  :
                                                :        Chapter 13
WELLS FARGO BANK, AS TRUSTEE                    :
FOR DELTA FUNDING CORPORATION  :                                              :
    MOVANT                  :
    V.                      :        Related to Document No.
RONALD E. ORLOWSKI                              :
and SUSAN M. ORLOWSKI                           :        Related to Claim No. 11
    DEBTORS                 :

### DECLARATION OF DEBTOR REGARDING MORTGAGE PAYMENT

The Debtors hereby declare that the existing Chapter 13 Plan in the above captioned

bankruptcy case will be SUFFICIENT to fund the Plan with the modified mortgage amount.


Date:  June 5, 2017



/s/ Tina M. Fryling
Tina M. Fryling, Esq.
Attorney for Debtors
4402 Peach Street, Suite 3
Erie, PA  16509
(814) 450 5161