IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>RONALD E. ORLOWSKI,<br>SUSAN M. ORLOWSKI,<br><br>       Debtor,<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, AS TRUSTEE FOR DELTA FUNDING CORPORATION,<br><br>       Movant,<br><br>v.<br><br>RONALD E. ORLOWSKI,<br>SUSAN M. ORLOWSKI, and<br>RONDA J. WINNECOUR, Ch. 13 Trustee,<br><br>       Respondents | Bankruptcy No. 13-10078-TPA<br><br>Chapter 13<br><br>Related to Document Nos. 153 and 154 |

CERTIFICATE OF SERVICE OF MOTION TO ALLOW LATE-FILED CLAIM
AND NOTICE OF HEARING WITH RESPONSE DEADLINE

     I certify under penalty of perjury that I served the above captioned pleadings at the addresses specified below on July 19, 2017.

     The types of service made on the parties were:

By First-Class Mail:


Ronald E. Orlowski
11013 Morgan Road
Wattsburg, PA 16442

and:

By Electronic Notification:

Daniel P. Foster, Esq.  dan@mrdebtbuster.com
Ronda J. Winnecour, Ch. 13 Trustee  cmecf@chapter13trusteewdpa.com
Office of the United States Trustee  ustpregion03.pi.ecf@usdoj.gov

                                      By: /s/ Lara E. Shipkovitz
Lara E. Shipkovitz, Esq.
PA I.D.: 307272
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone: (412) 456-8102
Fax:    (412) 456-8135
Email: lshipkovitz@bernsteinlaw.com

Counsel for Wells Fargo Bank, N.A.