IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> RONALD E. ORLOWSKI, <br> SUSAN M. ORLOWSKI, <br><br> Debtor, <br><br> WELLS FARGO BANK, NATIONAL ASSOCIATION SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, AS TRUSTEE FOR DELTA FUNDING CORPORATION, <br><br> Movant, <br><br> v. <br><br> RONALD E. ORLOWSKI, <br> SUSAN M. ORLOWSKI, and <br> RONDA J. WINNECOUR, Ch. 13 Trustee, <br><br> Respondents | Bankruptcy No. 13-10078-TPA <br><br> Chapter 13 <br><br> Related to Document Nos. 153 and 154 |

CERTIFICATE OF SERVICE OF MOTION TO ALLOW LATE-FILED CLAIM
AND NOTICE OF HEARING WITH RESPONSE DEADLINE

     I certify under penalty of perjury that I served the above captioned pleadings at the addresses specified below on July 19, 2017.

     The types of service made on the parties were:

By First-Class Mail:


Ronald E. Orlowski
Susan M. Orlowski
11013 Morgan Road
Wattsburg, PA 16442

and:

By Electronic Notification:

| | |
|---|---|
| Daniel P. Foster, Esq. | dan@mrdebtbuster.com |
| Ronda J. Winnecour, Ch. 13 Trustee | cmecf@chapter13trusteewdpa.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

By: /s/ Lara E. Shipkovitz
Lara E. Shipkovitz, Esq.
PA I.D.: 307272
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone: (412) 456-8102
Fax:    (412) 456-8135
Email:  lshipkovitz@bernsteinlaw.com

Counsel for Wells Fargo Bank, N.A.