IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> RONALD E. ORLOWSKI, <br> SUSAN M. ORLOWSKI, <br><br> Debtor, <br><br> WELLS FARGO BANK, NATIONAL ASSOCIATION SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, AS TRUSTEE FOR DELTA FUNDING CORPORATION, <br><br> Movant, <br><br> v. <br><br> RONALD E. ORLOWSKI, <br> SUSAN M. ORLOWSKI, and <br> RONDA J. WINNECOUR, Ch. 13 Trustee, <br><br> Respondents | Bankruptcy No. 13-10078-TPA <br><br> Chapter 13 <br><br> Related to Document Nos. 153 and 154 |

CERTIFICATE OF NO OBJECTION OR RESPONSE
TO MOTION TO ALLOW LATE-FILED CLAIM

  The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Allow Late Filed Claim, filed at Doc. No. 153 and served on the Respondents herein, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than August 7, 2017.

  It is hereby respectfully requested that the Order attached to the Movant's Motion to Allow Late Filed Claim be entered by the Court.

Dated: August 8, 2017

Respectfully submitted,

By: /s/ Lara E. Shipkovitz
Lara E. Shipkovitz, Esq.
PA I.D.: 307272
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone: (412) 456-8102
Fax:    (412) 456-8135
Email:  lshipkovitz@bernsteinlaw.com

Counsel for Wells Fargo Bank, N.A.