FILED
8/18/17 3:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| RONALD E. ORLOWSKI | ) | Case No.: 13-10078TPA |
| SUSAN M. ORLOWSKI | ) | |
|    Debtor(s) | ) | Chapter 13 |
| _____ | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) | |
|    Movant, | ) | Related Document No. 152 |
|    Vs. | ) | |
| RONALD E. ORLOWSKI | ) | |
| SUSAN M. ORLOWSKI | ) | |
|    Respondent(s) | ) | |

### TRUSTEE'S WITHDRAWAL OF CERTIFICATE OF DEFAULT REQUESTING DISMISSAL OF CASE

The Certificate of Default that was filed in the above-referenced case on July 19, 2017 (document no.152) is hereby WITHDRAWN. Therefore, the hearing scheduled for October 24, 2017 is hereby CANCELLED.

Respectfully submitted,

8-17-2017
Date

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SO ORDERED
August 18, 2017

*vas*

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Ronald E. Orlowski
Susan M. Orlowski
    Debtors

Case No. 13-10078-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: mgut     Page 1 of 1     Date Rcvd: Aug 18, 2017
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2017.
db/jdb      +Ronald E. Orlowski,   Susan M. Orlowski,   11013 Morgan Road,   Wattsburg, PA 16442-9133

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2017            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2017 at the address(es) listed below:
         Andrew F Gornall   on behalf of Creditor   Nationstar Mortgage LLC agornall@goldbecklaw.com,
      bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         Andrew F Gornall   on behalf of Creditor   BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
      bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         Daniel P. Foster   on behalf of Joint Debtor Susan M. Orlowski dan@mrdebtbuster.com,
      clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
         Daniel P. Foster   on behalf of Plaintiff Ronald E. Orlowski dan@mrdebtbuster.com,
      clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
         Daniel P. Foster   on behalf of Debtor Ronald E. Orlowski dan@mrdebtbuster.com,
      clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
         Daniel P. Foster   on behalf of Plaintiff Susan M. Orlowski dan@mrdebtbuster.com,
      clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
         James Warmbrodt   on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com
         James A. Prostko   on behalf of Creditor   BANK OF AMERICA, N.A. pawb@fedphe.com,
      james.prostko@phelanhallinan.com
         Jay B. Jones   on behalf of Creditor   BAC Home Loan Servicing, LP pawb@fedphe.com
         Jeniece D. Davis   on behalf of Creditor   Federal National Mortgage Association
      jeniece@mvrlaw.com, bonnie@mvrlaw.com
         Joseph P. Schalk   on behalf of Creditor   BANK OF AMERICA, N.A. pawb@fedphe.com,
      joseph.schalk@phelanhallinan.com
         Lara E. Shipkovitz   on behalf of Creditor   Wells Fargo Bank, National Association
      lshipkovitz@bernsteinlaw.com,
      cwirick@bernsteinlaw.com;lshipkovitz@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
         Mario J. Hanyon   on behalf of Creditor   Nationstar Mortgage LLC pawb@fedphe.com
         Matthew Christian Waldt   on behalf of Creditor   Wells Fargo Bank, National Association
      Successor by Merger to Wells Fargo Bank Minnesota, As Trustee for Delta Funding Corporation,
      Home Equity Loan Asset-Backed Certificates, Series 2000-4 mwaldt@milsteadlaw.com,
      bkecf@milsteadlaw.com
         Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
         Robert P. Wendt   on behalf of Creditor   Bank of America, N.A. pawb@fedphe.com
         Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
         Tina M. Fryling   on behalf of Joint Debtor Susan M. Orlowski tinafryling@gmail.com,
      tfryling@mercyhurst.edu;r53088@notify.bestcase.com
         Tina M. Fryling   on behalf of Debtor Ronald E. Orlowski tinafryling@gmail.com,
      tfryling@mercyhurst.edu;r53088@notify.bestcase.com
         William E. Craig   on behalf of Creditor   Credit Acceptance Corporation ecfmail@mortoncraig.com,
      mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                TOTAL: 20