**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

09/19/2017

IN RE:

RONALD E. ORLOWSKI
SUSAN M. ORLOWSKI
11013 MORGAN ROAD
WATTSBURG, PA  16442
XXX-XX-1417          Debtor(s)

XXX-XX-8339

Case No.13-10078 TPA

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/19/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

---

**FEDERAL NATIONAL MORTGAGE ASSN**
C/O SETERUS INC*
PO BOX 1047
HARTFORD, CT  06143-1047

Trustee Claim Number: 1   INT %: 0.00%
Court Claim Number: 11
CLAIM: 0.00
COMMENT:  LOAN MOD OE@CID44*PL GOV/CONF*BAC HM LNS/PL*AMD*FR B OF A-DOC 127*E

CRED DESC:  MORTGAGE REGULAR PAYMEN
ACCOUNT NO.: 4376

---

**WELLS FARGO BANK NA - TRUSTEE**
C/O NATIONSTAR MORTGAGE LLC*
ATTN BANKRUPTCY DEPT
PO BOX 619094
DALLAS, TX  75261-9741

Trustee Claim Number: 2   INT %: 3.25%
Court Claim Number: 15
CLAIM: 12,745.43
COMMENT:  19576.65@3.25%MDF@BAC HOME LN SVCNG/PL*FLD AFT BAR*W/47

CRED DESC:  MORTGAGE PAID IN FULL
ACCOUNT NO.: 4329

---

**CREDIT ACCEPTANCE CORP***
ATTN: BANKRUPTCY DEPT*
25505 W 12 MILE RD STE 3000*
SOUTHFIELD, MI  48034-8339

Trustee Claim Number: 3   INT %: 3.25%
Court Claim Number: 1
CLAIM: 7,800.00
COMMENT:  $@3.25%/OE-PL*W/37*DKT

CRED DESC:  VEHICLE
ACCOUNT NO.: ...0144

---

**PHFA(*)**
ATTN: LOAN SERVICING
PO BOX 15057
HARRISBURG, PA  17105-5057

Trustee Claim Number: 4   INT %: 0.00%
Court Claim Number: 6
CLAIM: 12,791.16
COMMENT:  UNS/OE

CRED DESC:  UNSECURED CREDITOR
ACCOUNT NO.: 1793546

---

**ERIE COUNTY TAX CLAIM BUREAU***
ERIE COUNTY COURTHOUSE
140 W 6TH ST RM 110
ERIE, PA  16501

Trustee Claim Number: 5   INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT:  NT OWED/CONF*PL SILENT*NO$/SCH

CRED DESC:  PRIORITY CREDITOR
ACCOUNT NO.: ? : 09-12

---

**INTERNAL REVENUE SERVICE***
CENTRALIZED INSOLVENCY-TRUSTEE REMITS
PO BOX 7317
PHILADELPHIA, PA  19101-7317

Trustee Claim Number: 6   INT %: 0.00%
Court Claim Number: 3-2
CLAIM: 0.00
COMMENT:  $0/AMD CL-PL

CRED DESC:  PRIORITY CREDITOR
ACCOUNT NO.: 1417

---

**PA DEPARTMENT OF REVENUE***
BUR OF COMPL SECT-DEPT 280946
STRAWBERRY SQ
HARRISBURG, PA  17128

Trustee Claim Number: 7   INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT:  NT OWED/CONF*PL SILENT*INFO ONLY~NO$/SCH

CRED DESC:  PRIORITY CREDITOR
ACCOUNT NO.: 1417/8339

---

**ECMC(*)**
LOCKBOX #8682
PO BOX 16478
ST PAUL, MN  55116-0478

Trustee Claim Number: 8   INT %: 0.00%
Court Claim Number: 10
CLAIM: 5,735.36
COMMENT:  0006/SCH

CRED DESC:  UNSECURED CREDITOR
ACCOUNT NO.: 1417

---

**AES/PHEAA****
POB 8147**
HARRISBURG, PA  17105

Trustee Claim Number: 9   INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT:  XLSCIT

CRED DESC:  UNSECURED CREDITOR
ACCOUNT NO.: ...0001

---

**AES/PHEAA****
POB 8147**
HARRISBURG, PA  17105

Trustee Claim Number: 10   INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT:  XLSCIT

CRED DESC:  UNSECURED CREDITOR
ACCOUNT NO.: ...0004

CLAIM RECORDS

| Creditor | Trustee Claim / Court Claim | Credit Description / Account |
|---|---|---|
| **AES/PHEAA**<br>POB 8147**<br><br>HARRISBURG, PA  17105 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  XLSCIT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...0005 |
| **ASSOCIATED CLINICAL LABORATORY**<br>1526 PEACH ST<br><br>ERIE, PA  16501 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...7163 |
| **BERKHEIMER TAX ADMINISTRATOR****<br>HAB DLT LEGAL<br>PO BOX 20662<br><br>LEHIGH VALLEY, PA  18002-0662 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PER CAP TAXES | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ?: 11 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br><br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:5<br><br>CLAIM:  263.26<br>COMMENT:  0166/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7436 |
| **CBE GROUP**<br>7700 W 119TH ST<br><br>OVERLAND PARK, KS  66213 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  DIRECTV | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...3596 |
| **COLLECTION SERVICE CENTER INC**<br>- CORPORATE OFFICE -<br>832 5TH AVE<br>POB 560<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  ST VINCENT HEALTH CNTR | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...9102 |
| **CREDIT ONE BANK**<br>POB 98872<br><br>LAS VEGAS, NV  89193-8872 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...0032 |
| **CTI PHYSICAL THERAPY**<br>1401 MARKET ST<br><br>WARREN, PA  16365 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5440 |
| **ENT SPECIALISTS OF NW PA**<br>1645 W 8TH ST<br><br>ERIE, PA  16505 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...272E |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br><br>ST PAUL, MN  55116-0478 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **EDUCATION LOAN SRVCG CTR++**<br>POB 5160<br>SIOUX FALLS, SD 57117-5160 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0007 |
| **US DEPARTMENT OF EDUCATION****<br>C/O GREAT LAKES EDUCATIONAL LN SVCS INC<br>PO BOX 530229<br>ATLANTA, GA 30353-0229 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 12,782.56<br>COMMENT: GREAT LAKES/SCH*LOAN 898581 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1417 |
| **HAMOT SURGERY CNTR**<br>200 STATE ST<br>ERIE, PA 16507-1420 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0662 |
| **HAND MICROSURGERY**<br>300 STATE ST STE 205<br>ERIE, PA 16507-1429 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...6AAE |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:12<br>CLAIM: 313.75<br>COMMENT: 5216/SCH*HSBC | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2751 |
| **JACKS REPAIR SHOP INC**<br>9994 BAILEY HILL RD<br>SHERMAN, NY 14781 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:13<br>CLAIM: 1,016.72<br>COMMENT: HSBC/ORCHARD | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...9280 |
| **NORTH AMERICAN PARTNERS IN ANESTHESIA**<br>POB 275<br>GLEN HEAD, NY 11545 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...7044 |
| **OB/GYN ASSOC**<br>100 PEACH ST<br>STE 300<br>ERIE, PA 16507 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...6985 |
| **PENELEC/FIRST ENERGY****<br>101 CRAWFORDS CORNER RD BLDG #1 STE 1-5<br>PO BOX 367<br>HOLMDEL, NJ 07733 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 2,215.95<br>COMMENT: 8548,7920,7515 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...7515 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **RECOVERY MANAGEMENT SYST CORP**<br>FOR GE CAP CONSUMER CARD CO<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33132 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: INFO ONLY~NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **SOCIAL SECURITY ADMINISTRATION(*)**<br>OFFICE OF THE GENERAL COUNSEL - REGION I<br>ATTN - BANKRUPTCY COORDINATOR<br>300 SPRING GARDEN ST - 6TH FL<br>PHILADELPHIA, PA 19123 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **SOUTHERN CHAUTAUQUA FCU***<br>168 EAST FAIRMOUNT AVE<br>LAKEWOOD, NY 14750 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...1897 |
| **STUDENT LOAN XPRESS INC**<br>PRIVATE LOANS - EDUC LN SVCNG CORP<br>PO BOX 2461<br>HARRISBURG, PA 17105-2461 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **UPMC PHYSICIAN SERVICES++**<br>C/O UPMC TREASURY DEPT<br>US STEEL TOWER - MS UST 01-41-02<br>600 GRANT ST 41ST FL<br>PITTSBURGH, PA 15219 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...1007 |
| **MIDLAND FUNDING LLC BY AMERICAN INFOSO**<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 250.83<br>COMMENT: 0001/SCH*FR VERIZON*DOC 44 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8655 |
| **CREDIT ACCEPTANCE CORP***<br>ATTN: BANKRUPTCY DEPT*<br>25505 W 12 MILE RD STE 3000*<br>SOUTHFIELD, MI 48034-8339 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 5,537.37<br>COMMENT: BAL AFTER OE*NO GEN UNS/SCH*W/3*DKT | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0144 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number:3-2<br>CLAIM: 0.00<br>COMMENT: NO GEN UNS/SCH*AMD CL=$0 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1417/8339 |
| **FEDERAL NATIONAL MORTGAGE ASSN**<br>C/O SETERUS INC*<br>PO BOX 1047<br>HARTFORD, CT 06143-1047 | Trustee Claim Number:39 INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 0.00<br>COMMENT: LOAN MOD OE@CID 44*BAC HM LNS/PL*AMD CL=$0*DKT*FR B OF A-DOC 127*THR | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 4376 |
| **FEDERAL NATIONAL MORTGAGE ASSN**<br>C/O SETERUS INC*<br>PO BOX 1047<br>HARTFORD, CT 06143-1047 | Trustee Claim Number:40 INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 11,733.02<br>COMMENT: LOAN MOD OE@CID 44*PMT/INTERIM TRIAL MOD OE*DKT4PMT-LMT*AMD*FR B OF | | CRED DESC: MORTGAGE REGULAR PAYME<br>ACCOUNT NO.: 4376 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **MIDLAND FUNDING LLC BY AMERICAN INFOSO** <br> PO BOX 4457 <br> HOUSTON, TX 77210-4457 | Trustee Claim Number:41 INT %: 0.00% <br> Court Claim Number:7 <br> CLAIM: 248.75 <br> COMMENT: NT/SCH*FR VERIZON*DOC 43 | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2555 |
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ** <br> PO BOX 248838 <br> OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number:42 INT %: 0.00% <br> Court Claim Number:9 <br> CLAIM: 101.15 <br> COMMENT: NT/SCH | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8955 |
| **WEBBANK-FINGERHUT** <br> 6250 RIDGEWOOD RD <br> ST CLOUD, MN 56303 | Trustee Claim Number:43 INT %: 0.00% <br> Court Claim Number:14 <br> CLAIM: 343.91 <br> COMMENT: NT/SCH | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5450 |
| **FEDERAL NATIONAL MORTGAGE ASSN** <br> C/O SETERUS INC* <br> PO BOX 1047 <br> HARTFORD, CT 06143-1047 | Trustee Claim Number:44 INT %: 0.00% <br> Court Claim Number:11-2 <br> CLAIM: 0.00 <br> COMMENT: PMT/LOAN MOD OE-PL-CONF*BGN 5/14*1134.91 X (45 REM+2)=LMT*W/1,39,40*AMD | | CRED DESC: MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.: 4376 |
| **ANDREW F GORNALL ESQ** <br> KML LAW GROUP PC <br> 701 MARKET ST STE 5000 <br> PHILADELPHIA, PA 19106 | Trustee Claim Number:45 INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NATIONSTAR MRTG/PRAE | | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **JAMES C WARMBRODT ESQ** <br> KML LAW GROUP PC <br> 701 MARKET ST STE 5000 <br> PHILADELPHIA, PA 19106 | Trustee Claim Number:46 INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NATIONSTAR MORTGAGE/PRAE | | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: 4329 |
| **WELLS FARGO BANK NA - TRUSTEE** <br> C/O NATIONSTAR MORTGAGE LLC* <br> ATTN BANKRUPTCY DEPT <br> PO BOX 619094 <br> DALLAS, TX 75261-9741 | Trustee Claim Number:47 INT %: 0.00% <br> Court Claim Number:15 <br> CLAIM: 0.00 <br> COMMENT: 291.65 ESCROW PMT@BAC HOME LN SVCNG TTL/PL*DK! CL=164.22*ESCROW/DE | | CRED DESC: Post Petition Escrow <br> ACCOUNT NO.: 4329 |
| **WELLS FARGO BANK NA - TRUSTEE** <br> C/O NATIONSTAR MORTGAGE LLC* <br> ATTN BANKRUPTCY DEPT <br> PO BOX 619094 <br> DALLAS, TX 75261-9741 | Trustee Claim Number:48 INT %: 0.00% <br> Court Claim Number:15 <br> CLAIM: 0.00 <br> COMMENT: 291.65 ESCROW PMT@BAC HOME LN SVCNG TTL/PL*REMAINDER OF AMT/PL*115 | | CRED DESC: Post Petition Escrow <br> ACCOUNT NO.: 4329 |