UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD E ORLOWSKI AND SUSAN M. ORLOWSKI,     Debtors  _____ | Case No: 13-10078 – TPA  Judge Thomas P. Agresti  Chapter 13 |
| RONALD E ORLOWSKI AND SUSAN M. ORLOWSKI, Debtor | Motion No.: WO- 2 |
| RONALD E ORLOWSKI AND SUSAN M. ORLOWSKI,     Movant            Vs.          No Respondents  SSN(2)    ***-**-8339 | Filed Under Local Bankr. Rule 9013.4 Para. 6 (c) |

### NOTICE OF HEARING ON MOTION TO TERMINATE WAGE ATTACHMENT

TO THE RESPONDENT:

    You are hereby notified that the above Movant seeks an Order granting entry of default judgment in the above referenced case.
    You should take this to your lawyer at once.
    Anyone who wishes to object is further notified to file with the Clerk and serve on the undersigned attorney for Movant a response to the Motion upon the undersigned, which the undersigned must receive on or before February 19, 2018, fourteen (14) days from the date of this notice plus an additional three (3) days if served by mail), in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the presiding Judge as found on the Judge's Web Page at www.pawb.uscourts.gov.  If you fail to timely respond the Motion may be granted at the hearing.

    Whether or not any written response is received, a hearing will be held on March 7, 2018 at 9:30 before Judge Thomas P. Agresti in the Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, Pennsylvania, 16501.

    Date of Mailing or other service:   January 29, 2018

                                        Attorney for Movant

                                    /s/ Tina M. Fryling, Esquire
                                   Tina M. Fryling, Esquire
                                   4402 Peach Street, Suite 3
                                   Erie, Pennsylvania   16509
                                   (814) 450 5