**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
RONALD E. ORLOWSKI
SUSAN M. ORLOWSKI

    Debtor(s)

Ronda J. Winnecour

    Movant

vs.

WELLS FARGO BANK NA - TRUSTEE

    Respondent(s)

Case No. 13-10078TPA

Chapter 13

Document No.___

## NOTICE THAT MORTGAGE CLAIM HAS BEEN PAID IN FULL

    Chapter 13 Trustee Ronda J. Winnecour hereby gives notice to the holders of claims secured by a security interest in the debtor's principal residence, i.e., the Respondents named above, that the claim has been paid in full.  The Trustee will not make any further payments to the creditor for taxes, insurance, or other escrow items.  Going forward the debtor(s) shall pay property taxes and insurance premiums directly.

    The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full, with applicable interest, the amount required to pay the claim in full. The statement should itemize the required cure, if any, that the holder contends remain unpaid as of the date of this statement.

Trustee Record Number - 2
Court Claim Number - 15

3/9/2018

/s/   Ronda J. Winnecour
Pa. ID  #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    RONALD E. ORLOWSKI
    SUSAN M. ORLOWSKI
        Debtor(s)

 Ronda J. Winnecour
        Movant
   vs.

WELLS FARGO BANK NA - TRUSTEE
        Respondent(s)

Case No.13-10078TPA

Chapter 13

Document No.___

**CERTIFICATE OF SERVICE**

    I hereby certify that on the date shown below, I served a true and correct copy of NOTICE THAT MORTGAGE CLAIM HAS BEEN PAID IN FULL upon the following, by regular United States mail, postage prepaid, addressed as follows:

---

RONALD E. ORLOWSKI, SUSAN M. ORLOWSKI, 11013 MORGAN ROAD, WATTSBURG, PA  16442

TINA M FRYLING ESQ, 4402 PEACH ST - STE 3, ERIE, PA  16509

WELLS FARGO BANK NA - TRUSTEE, C/O NATIONSTAR MORTGAGE LLC*, ATTN BANKRUPTCY DEPT, PO BOX 619094, DALLAS, TX  75261-9741

NATIONSTAR MORTGAGE LLC**, ATTN BANKRUPTCY NOTICES - LEGAL, PO BOX 619096, DALLAS, TX  75261-9741

BERNSTEIN-BURKLEY PC, 2200 GULF TOWER, 707 GRANT ST, PITTSBURGH, PA  15219

---

03/09/2018

/s/ Renee Ward
Administrative Assistant
Office of the Chapter 13 Trustee
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com