IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 13-10078-TPA |
| RONALD E. ORLOWSKI | : | |
| AND SUSAN M. ORLOWSKI | : | |
|     Debtors | : | CHAPTER NO. 13 |
| | : | |
| | : | |
| | : | Related to Document No.: |
| RONALD E. ORLOWSKI | : | |
| AND SUSAN M. ORLOWSKI | : | |
|     Movants | : | |
| | : | |
|     v. | : | |
| | : | |
| NO RESPONDENT | : | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On March 26, 2018, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Tina M. Fryling, Esq.*:* Undersigned Counsel duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated:  __3/26/2018_____        By:    _/s/ Tina M. Fryling, Esq. _____
                                           Tina M. Fryling, Esq.
                                           4402 Peach Street, Suite 3
                                           Erie, PA  16509
                                           Tinafryling@gmail.com
                                           (814) 450 5161
                                           Pa - 76520

**PAWB Local Form 24 (07/13)**