Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Ronald E. Orlowski** | : | Case No. 13−10078−TPA |
| **Susan M. Orlowski** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 180 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 5/30/18 at 12:00 PM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
### AND HEARING ON MOTION

     ***AND NOW,*** this ***The 29th of March, 2018***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** having been filed at Doc. No. 180 , by the Chapter 13 Trustee

     It is hereby ***ORDERED, ADJUDGED and DECREED*** that:

     (1)  ***On or before May 14, 2018***, any ***Response***, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 ***OR*** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

     (2)  This *Motion* is scheduled for hearing on ***May 30, 2018 at 12:00 PM*** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

     (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court ***may*** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties will be ***required*** to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Ronald E. Orlowski
Susan M. Orlowski
              Debtors

Case No. 13-10078-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1              User: gamr              Page 1 of 3              Date Rcvd: Mar 29, 2018
                                 Form ID: 300b           Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2018.
```
db/jdb      +Ronald E. Orlowski,   Susan M. Orlowski,   11013 Morgan Road,   Wattsburg, PA 16442-9133
cr          +BAC Home Loan Servicing, LP,   7105 Corporate Drive,   Mail Stop PTX-B-209,
             Plano, TX 75024-4100
cr          +BANK OF AMERICA, N.A.,   2380 Performance Dr,   Richardson, TX 75082-4333
cr          +Credit Acceptance Corporation,   c/o Deily, Mooney & Glastetter, LLP,   8 Thurlow Terrace,
             Albany, NY 12203-1006
cr          +Credit Acceptance Corporation,   25505 W. 12 Mile Road,   Suite 3000,
             Southfield, MI 48034-8331
cr          +Federal National Mortgage Association,   c/o Rosicki, Rosicki & Associates, P.C.,
             51 East Bethpage Road,   Plainview, NY 11803-4224
13551277    +AES/XLSCIT,   PO Box 2461,   Harrisburg, PA 17105-2461
13551276    +Aes / PNC Education Loan Center,   PO Box 8183,   Harrisburg, PA 17105-8183
13551278    +Andrew F. Gornall, Esquire,   Goldbeck, McCafferty & McKeever,   701 Market Street, Suite 5000,
             Philadelphia, PA 19106-1541
13557404     Associated Clinical Laboratories,   PO Box 71312,   Philadelphia, PA 19176
13551280    +BAC Home Loans Servicing, LP,   7105 Corporate Drive,   Mail Stop PTX-B-281,
             Plano, TX 75024-4100
13551279    +BAC Home Loans Servicing, LP,   Bankruptcy Department,   7105 Corporate Drive,
             Plano, TX 75024-4100
13624482    +Bank of America, N.A.,   7105 Corporate Drive,   Plano, TX 75024-4100
13557406    +Berkheimer,   50 North 7th Street,   PO Box 995,   Bangor, PA 18013-0995
13551281    +Brian E Caine,   8 Thurlow Terrace,   Albany, NY 12203-1006
13551282    +Capital One Bank,   Attn: American Infosource Lp,   PO Box 71083,   Charlotte, NC 28272-1083
13581466     Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
13551285    +Countrywide Home Lending,   Attention: Bankruptcy CA6-919-01-41,   PO Box 5170,
             Simi Valley, CA 93062-5170
13551286    +Credit Acceptance,   25505 West 12 Mile Road,   Suite 3000,   Southfield, MI 48034-8331
13557402    +Cti Physical Therapy,   300 State Street,   Suite 104,   Erie, PA 16507-1428
13551288   ++DIRECTV LLC,   ATTN BANKRUPTCIES,   PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
            (address filed with court: Direct TV,   2230 East Imperial Highway,   El Segundo CA 90245)
13557405   ++EAR NOSE AND THROAT SPECIALISTS OF NW PA,   1645 WEST 8TH STREET,   ERIE PA 16505-5007
            (address filed with court: Ear Nose & Throat Specialists of NW PA,   3580 Peach Street,
             Erie, PA 16508)
13920971     ECMC,   PO Box 16408,   St. Paul, MN 55116-0408
13604791    +ECMC,   lOCKBOX 8682,   P.O. Box 16478,   St. Paul, MN 55116-0478
13557411    +Erie County Tax Claim Bureau,   140 West 6th Street,   Room 110,   Erie, PA 16501-1073
13557411    +Great Lakes,   PO Box 530229,   Atlanta, GA 30353-0229
13551291    +HSBC Bank,   Attn: Bankruptcy,   PO Box 5213,   Carol Stream, IL 60197-5213
13557401    +Hamot Surgery Center,   200 State Street,   Erie, PA 16507-1499
13557399    +Hand Microsurgery and Reconstruction,   300 State Street,   Suite 205,   Erie, PA 16507-1429
13557407    +Jack's Repair Shop, Inc.,   9994 Bailey Hill Road,   Sherman, NY 14781-9710
14664290    +Nationstar Mortgage LLC,   PO Box 619094,   Dallas, TX 75261-9094
13557398    +North American Partners in Anesthesia,   Pennsylvania, LLP,   PO Box 275,
             Glen Head, NY 11545-0275
13557400    +Ob / Gyn Associates of Erie,   100 Peach Street,   Suite 300,   Erie, PA 16507-1423
13551294    +Orchard Bank,   PO Box 60501,   City of Industry CA 91716-0501
13551296   #+Penelec,   PA Electric Company, a FirstEnergy Co.,   331 Newman Springs Road,   Building 3,
             Red Bank, NJ 07701-6771
13560499    +Pennsylvania Electric Company,   a First Energy Company,   331 Newman Springs Road,
             Building 3,   Red Bank, NJ 07701-5688
13551297    +Southern Chautauqua Federal Credit Union,   168 East Fairmont Avenue,   Lakewood NY 14750-1942
13551298    +St. Vincent Hospital,   232 West 25th Street,   Erie, PA 16544-0001
13551289    +Student Loan Xpress, Inc.,   1 CIT Drive,   Livingston NJ 07039-5703
13557403    +UPMC Physician Services,   PO Box 371980,   Pittsburgh, PA 15250-7980
13576925     US Dept of Education,   Claims Filing Unit,   PO Box 8973,   Madison, WI 53708-8973
13551299    +Verizon,   500 Technology Drive, #550,   St Charles, MO 63304-2225
13551300     Verizon Wireless,   500 Technology Drive #550,   St. Charles, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 30 2018 04:22:58
             Midland Funding LLC by American InfoSource LP as a,   Attn: Department 1,   PO Box 4457,
             Houston, TX  77210-4457
13601653     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 30 2018 04:22:57
             American InfoSource LP as agent for,   Verizon,   PO Box 248838,
             Oklahoma City, OK  73124-8838
13551284    +E-mail/Text: bankruptcy@firstenergycorp.com Mar 30 2018 04:08:46     Collection Service Center,
             839 5th Avenue,   New Kensington, PA 15068-6303
13551287    +E-mail/PDF: creditonebknotifications@resurgent.com Mar 30 2018 04:14:12     Credit One Bank,
             PO Box 98875,   Las Vegas, NV 89193-8875
13551292    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 30 2018 04:15:11
             Hsbc Bank Nevada, N.A.,   c/o PRA Receivables Management, LLC,   PO Box 12907,
             Norfolk, VA 23541-0907
```

District/off: 0315-1          User: gamr              Page 2 of 3          Date Rcvd: Mar 29, 2018
                             Form ID: 300b            Total Noticed: 58

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13557409       +E-mail/Text: cio.bncmail@irs.gov Mar 30 2018 04:08:03      Internal Revenue Service,
                Centralized Insolvency Operations,   PO Box 7346,   Philadelphia, PA 19101-7346
13652028        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 30 2018 04:14:52
                LVNV Funding, LLC its successors and assigns as,   assignee of HSBC Card Services (III),
                Inc.,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13551293       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 30 2018 04:14:21      Lvnv Funding Llc,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13625041        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 30 2018 04:22:46      Midland Funding LLC,
                by American InfoSource LP as agent,   Attn: Department 1,   PO Box 4457,
                Houston, TX  77210-4457
13582131        E-mail/Text: blegal@phfa.org Mar 30 2018 04:08:42      PHFA/HEMAP,   211 NORTH FRONT ST,
                PO BOX 8029,   HARRISBURG, PA 17105
13651674        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 30 2018 04:15:13
                Portfolio Recovery Associates LLC,   P.O. Box 41067,   Norfolk, VA 23541
13651169        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 30 2018 04:28:45
                Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk, VA 23541
13551295       +E-mail/Text: blegal@phfa.org Mar 30 2018 04:08:42      Pa Housing Finance Agency,
                211 North Front Street,   Harrisburg, PA 17101-1406
13551335       +E-mail/Text: philadelphia.bnc@ssa.gov Mar 30 2018 04:09:10      Social Security,
                717 State Street Highmark Building,   Suite 500,   Erie PA 16501-1388
13551299        E-mail/PDF: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 30 2018 04:53:08
                Verizon,   500 Technology Drive, #550,   St Charles, MO 63304-2225
13551299        E-mail/PDF: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 30 2018 04:53:08
                Verizon,   500 Technology Drive, #550,   St Charles, MO 63304-2225
13551300        E-mail/PDF: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 30 2018 04:53:08
                Verizon Wireless,   500 Technology Drive #550,   St. Charles, MO 63304-2225
13551300        E-mail/PDF: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 30 2018 04:53:08
                Verizon Wireless,   500 Technology Drive #550,   St. Charles, MO 63304-2225
13653540       +E-mail/Text: bnc-bluestem@quantum3group.com Mar 30 2018 04:09:17      Webbank-Fingerhut,
                6250 Ridgewood Rd,   St. Cloud, MN 56303-0820
                                                                                   TOTAL: 19


               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank of America, N.A.
cr              Nationstar Mortgage LLC
cr              Wells Fargo Bank, National Association
cr              Wells Fargo Bank, National Association Successor b
cr*             ECMC,   P.O. BOX 16408,   ST. PAUL, MN  55116-0408
cr*             Midland Funding LLC by American InfoSource LP as a,   Attn: Department 1,   PO Box 4457,
                Houston, TX  77210-4457
13557410*      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,   Office of District Counsel,
                1000 Liberty Center,   Suite 601C,   Pittsburgh, PA 15222)
13557408*       Internal Revenue Service,   Insolvency Unit,   PO Box 628,   Pittsburgh, PA 15230
13625042*       Midland Funding LLC,   by American InfoSource LP as agent,   Attn: Department 1,   PO Box 4457,
                Houston, TX  77210-4457
13551283       ##+CBE Group,   7700 West 119th Street,   Overland Park, KS 66213-1104
13971153       ##Federal National Mortgage Association,   PO Box 2008,   Grand Rapids, MI 49501-2008
                                                                          TOTALS: 4, * 5, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2018                          Signature:   /s/Joseph Speetjens

District/off: 0315-1          User: gamr              Page 3 of 3              Date Rcvd: Mar 29, 2018
                             Form ID: 300b            Total Noticed: 58

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2018 at the address(es) listed below:

Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC agornall@goldbecklaw.com,
  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
Daniel P. Foster    on behalf of Debtor Ronald E. Orlowski dan@mrdebtbuster.com,
  clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
Daniel P. Foster    on behalf of Plaintiff Susan M. Orlowski dan@mrdebtbuster.com,
  clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
Daniel P. Foster    on behalf of Joint Debtor Susan M. Orlowski dan@mrdebtbuster.com,
  clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
Daniel P. Foster    on behalf of Plaintiff Ronald E. Orlowski dan@mrdebtbuster.com,
  clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
James A. Prostko    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com,
  james.prostko@phelanhallinan.com
Jay B. Jones    on behalf of Creditor    BAC Home Loan Servicing, LP pawb@fedphe.com
Jeniece D. Davis    on behalf of Creditor    Federal National Mortgage Association
  jeniece@mvrlaw.com, bonnie@mvrlaw.com
Joseph P. Schalk    on behalf of Creditor    BANK OF AMERICA, N.A. jschalk@barley.com,
  sromig@barley.com
Lara Shipkovitz Martin    on behalf of Creditor    Wells Fargo Bank, National Association
  lmartin@bernsteinlaw.com, cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com
Mario J. Hanyon    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com
Matthew Christian Waldt    on behalf of Creditor    Wells Fargo Bank, National Association
  Successor by Merger to Wells Fargo Bank Minnesota, As Trustee for Delta Funding Corporation,
  Home Equity Loan Asset-Backed Certificates, Series 2000-4 mwaldt@milsteadlaw.com,
  bkecf@milsteadlaw.com
Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
Robert P. Wendt    on behalf of Creditor    Bank of America, N.A. pawb@fedphe.com
Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
Tina M. Fryling    on behalf of Joint Debtor Susan M. Orlowski tinafryling@gmail.com,
  tfryling@mercyhurst.edu;r53088@notify.bestcase.com
Tina M. Fryling    on behalf of Debtor Ronald E. Orlowski tinafryling@gmail.com,
  tfryling@mercyhurst.edu;r53088@notify.bestcase.com
William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

                                                                          TOTAL: 20