**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> RONALD E. ORLOWSKI <br> SUSAN M. ORLOWSKI <br>     Debtor(s) <br><br> Ronda J. Winnecour <br>  Chapter 13 Trustee, <br>     Movant <br>   vs. <br> No Repondents. | Case No.:13-10078 TPA <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 28, 2018

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 01/18/2013 and confirmed on 3/14/13. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 114,050.07 |
| Less Refunds to Debtor | 1,004.52 | |
| TOTAL AMOUNT OF PLAN FUND | | 113,045.55 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,700.00 | |
|    Trustee Fee | 4,359.89 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,059.89 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FEDERAL NATIONAL MORTGAGE ASSN<br>    Acct: 4376 | 0.00 | 0.00 | 0.00 | 0.00 |
|   FEDERAL NATIONAL MORTGAGE ASSN<br>    Acct: 4376 | 11,295.68 | 11,295.68 | 0.00 | 11,295.68 |
|   FEDERAL NATIONAL MORTGAGE ASSN<br>    Acct: 4376 | 0.00 | 52,205.86 | 0.00 | 52,205.86 |
|   FEDERAL NATIONAL MORTGAGE ASSN<br>    Acct: 4376 | 0.00 | 0.00 | 0.00 | 0.00 |
|   CREDIT ACCEPTANCE CORP*<br>    Acct: XXX0144 | 7,800.00 | 7,800.00 | 751.99 | 8,551.99 |
|   WELLS FARGO BANK NA - TRUSTEE<br>    Acct: 4329 | 12,745.43 | 12,745.43 | 1,844.43 | 14,589.86 |
| | | | | 86,643.39 |
| **Priority** | | | | |
|   TINA M FRYLING ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   RONALD E. ORLOWSKI<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   RONALD E. ORLOWSKI<br>    Acct: | 513.46 | 513.46 | 0.00 | 0.00 |
|   RONALD E. ORLOWSKI<br>    Acct: | 491.06 | 491.06 | 0.00 | 0.00 |
|   FOSTER LAW OFFICES**<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   DANIEL P FOSTER ESQ**<br>    Acct: | 3,700.00 | 3,700.00 | 0.00 | 0.00 |
|   DANIEL P FOSTER ESQ**<br>    Acct: | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|   ERIE COUNTY TAX CLAIM BUREAU*<br>    Acct: XXXXX9-12 | 0.00 | 0.00 | 0.00 | 0.00 |
|   INTERNAL REVENUE SERVICE*<br>    Acct: 1417 | 0.00 | 0.00 | 0.00 | 0.00 |
|   PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| Acct: XXXXX8339 | | | | |
| WELLS FARGO BANK NA - TRUSTEE | 0.00 | 10,141.42 | 0.00 | 10,141.42 |
| Acct: 4329 | | | | |
| WELLS FARGO BANK NA - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4329 | | | | |
| | | | | 10,141.42 |
| **Unsecured** | | | | |
| PHFA(*) | 12,791.16 | 2,214.07 | 0.00 | 2,214.07 |
| Acct: XXX3546 | | | | |
| ECMC(*) | 5,735.36 | 992.76 | 0.00 | 992.76 |
| Acct: 1417 | | | | |
| AES/PHEAA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0001 | | | | |
| AES/PHEAA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0004 | | | | |
| AES/PHEAA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0005 | | | | |
| ASSOCIATED CLINICAL LABORATORY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7163 | | | | |
| BERKHEIMER TAX ADMINISTRATOR** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: X: 11 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERI( | 263.26 | 45.56 | 0.00 | 45.56 |
| Acct: 7436 | | | | |
| CBE GROUP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3596 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9102 | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0032 | | | | |
| CTI PHYSICAL THERAPY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5440 | | | | |
| ENT SPECIALISTS OF NW PA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX272E | | | | |
| ECMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| EDUCATION LOAN SRVCG CTR++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0007 | | | | |
| US DEPARTMENT OF EDUCATION** | 12,782.56 | 2,212.58 | 0.00 | 2,212.58 |
| Acct: 1417 | | | | |
| HAMOT SURGERY CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0662 | | | | |
| HAND MICROSURGERY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6AAE | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 313.75 | 54.31 | 0.00 | 54.31 |
| Acct: 2751 | | | | |
| JACKS REPAIR SHOP INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 1,016.72 | 175.99 | 0.00 | 175.99 |
| Acct: XXX9280 | | | | |
| NORTH AMERICAN PARTNERS IN ANEST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7044 | | | | |
| OB/GYN ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6985 | | | | |
| PENELEC/FIRST ENERGY** | 2,215.95 | 383.57 | 0.00 | 383.57 |
| Acct: XXX7515 | | | | |
| RECOVERY MANAGEMENT SYST CORP+ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| SOCIAL SECURITY ADMINISTRATION(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   SOUTHERN CHAUTAUQUA FCU* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX1897 | | | | |
|   STUDENT LOAN XPRESS INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   UPMC PHYSICIAN SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX1007 | | | | |
|   MIDLAND FUNDING LLC BY AMERICAN IN | 250.83 | 43.42 | 0.00 | 43.42 |
|     Acct: 8655 | | | | |
|   CREDIT ACCEPTANCE CORP* | 5,537.37 | 958.49 | 0.00 | 958.49 |
|     Acct: 0144 | | | | |
|   INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXX8339 | | | | |
|   MIDLAND FUNDING LLC BY AMERICAN IN | 248.75 | 43.06 | 0.00 | 43.06 |
|     Acct: 2555 | | | | |
|   AMERICAN INFOSOURCE LP AGENT FOR | 101.15 | 17.51 | 0.00 | 17.51 |
|     Acct: 8955 | | | | |
|   WEBBANK-FINGERHUT | 343.91 | 59.53 | 0.00 | 59.53 |
|     Acct: 5450 | | | | |
|   ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4329 | | | | |
| | | | | 7,200.85 |

TOTAL PAID TO CREDITORS                                              103,985.66

```
TOTAL
 CLAIMED              0.00
 PRIORITY        31,841.11
 SECURED         41,600.77
```

Date: 03/28/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　　RONALD E. ORLOWSKI<br>　　SUSAN M. ORLOWSKI<br>　　　　Debtor(s)<br><br>　　Ronda J. Winnecour<br>　　　　Movant<br>　　　　vs.<br>　　No Repondents. | Case No.:13-10078 TPA<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　　AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 13-10078-TPA
Ronald E. Orlowski                                              Chapter 13
Susan M. Orlowski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: gamr              Page 1 of 3              Date Rcvd: Mar 29, 2018
                              Form ID: pdf900         Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2018.
```
db/jdb         +Ronald E. Orlowski,    Susan M. Orlowski,    11013 Morgan Road,    Wattsburg, PA 16442-9133
cr             +BAC Home Loan Servicing, LP,    7105 Corporate Drive,    Mail Stop PTX-B-209,
                 Plano, TX 75024-4100
cr             +BANK OF AMERICA, N.A.,    2380 Performance Dr,    Richardson, TX 75082-4333
cr             +Credit Acceptance Corporation,    c/o Deily, Mooney & Glastetter, LLP,    8 Thurlow Terrace,
                 Albany, NY 12203-1006
cr             +Credit Acceptance Corporation,    25505 W. 12 Mile Road,    Suite 3000,
                 Southfield, MI 48034-8331
cr             +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
                 51 East Bethpage Road,    Plainview, NY 11803-4224
13551277       +AES/XLSCIT,    PO Box 2461,    Harrisburg, PA 17105-2461
13551276       +Aes / PNC Education Loan Center,    PO Box 8183,    Harrisburg, PA 17105-8183
13551278       +Andrew F. Gornall, Esquire,    Goldbeck, McCafferty & McKeever,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13557404        Associated Clinical Laboratories,    PO Box 71312,    Philadelphia, PA 19176
13551280       +BAC Home Loans Servicing, LP,    7105 Corporate Drive,    Mail Stop PTX-B-281,
                 Plano, TX 75024-4100
13551279       +BAC Home Loans Servicing, LP,    Bankruptcy Department,    7105 Corporate Drive,
                 Plano, TX 75024-4100
13624482       +Bank of America, N.A.,    7105 Corporate Drive,    Plano, TX 75024-4100
13557406       +Berkheimer,    50 North 7th Street,    PO Box 995,    Bangor, PA 18013-0995
13551281       +Brian E Caine,    8 Thurlow Terrace,    Albany, NY 12203-1006
13551282       +Capital One Bank,    Attn: American Infosource Lp,    PO Box 71083,    Charlotte, NC 28272-1083
13581466        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13551285       +Countrywide Home Lending,    Attention: Bankruptcy CA6-919-01-41,    PO Box 5170,
                 Simi Valley, CA 93062-5170
13551286       +Credit Acceptance,    25505 West 12 Mile Road,    Suite 3000,    Southfield, MI 48034-8331
13557402       +Cti Physical Therapy,    300 State Street,    Suite 104,    Erie, PA 16507-1428
13551288      ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
               (address filed with court:   Direct TV,    2230 East Imperial Highway,    El Segundo CA 90245)
13557405      ++EAR NOSE AND THROAT SPECIALISTS OF NW PA,     1645 WEST 8TH STREET,    ERIE PA 16505-5007
               (address filed with court:   Ear Nose & Throat Specialists of NW PA,    3580 Peach Street,
                 Erie, PA 16508)
13920971        ECMC,   PO Box 16408,    St. Paul, MN 55116-0408
13604791       +ECMC,   lOCKBOX 8682,    P.O. Box 16478,    St. Paul, MN 55116-0478
13551290       +Erie County Tax Claim Bureau,    140 West 6th Street,    Room 110,    Erie, PA 16501-1073
13557411       +Great Lakes,    PO Box 530229,    Atlanta, GA 30353-0229
13551291       +HSBC Bank,    Attn: Bankruptcy,    PO Box 5213,    Carol Stream, IL 60197-5213
13557401       +Hamot Surgery Center,    200 State Street,    Erie, PA 16507-1499
13557399       +Hand Microsurgery and Reconstruction,    300 State Street,    Suite 205,    Erie, PA 16507-1429
13557407       +Jack’s Repair Shop, Inc.,    9994 Bailey Hill Road,    Sherman, NY 14781-9710
14664290       +Nationstar Mortgage LLC,    PO Box 619094,    Dallas, TX 75261-9094
13557398       +North American Partners in Anesthesia,    Pennsylvania, LLP,    PO Box 275,
                 Glen Head, NY 11545-0275
13557400       +Ob / Gyn Associates of Erie,    100 Peach Street,    Suite 300,    Erie, PA 16507-1423
13551294       +Orchard Bank,    PO Box 60501,    City of Industry CA 91716-0501
13551296      #+Penelec,    PA Electric Company, a FirstEnergy Co.,    331 Newman Springs Road,    Building 3,
                 Red Bank, NJ 07701-6771
13560499       +Pennsylvania Electric Company,    a First Energy Company,    331 Newman Springs Road,
                 Building 3,    Red Bank, NJ 07701-5688
13551297       +Southern Chautauqua Federal Credit Union,    168 East Fairmont Avenue,    Lakewood NY 14750-1942
13551298       +St. Vincent Hospital,    232 West 25th Street,    Erie, PA 16544-0001
13551289       +Student Loan Xpress, Inc.,    1 CIT Drive,    Livingston NJ 07039-5703
13557403       +UPMC Physician Services,    PO Box 371980,    Pittsburgh, PA 15250-7980
13576925        US Dept of Education,    Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973
13551299        Verizon,    500 Technology Drive, #550,    St Charles, MO 63304-2225
13551300        Verizon Wireless,    500 Technology Drive #550,    St. Charles, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 30 2018 04:23:17
                 Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
                 Houston, TX  77210-4457
13601653        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 30 2018 04:23:17
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13551284       +E-mail/Text: bankruptcy@firstenergycorp.com Mar 30 2018 04:08:44     Collection Service Center,
                 839 5th Avenue,    New Kensington, PA 15068-6303
13551287       +E-mail/PDF: creditonebknotifications@resurgent.com Mar 30 2018 04:14:38     Credit One Bank,
                 PO Box 98875,    Las Vegas, NV 89193-8875
13551292       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 30 2018 04:15:07
                 Hsbc Bank Nevada, N.A.,    c/o PRA Receivables Management, LLC,    PO Box 12907,
                 Norfolk, VA 23541-0907
```

```
District/off: 0315-1              User: gamr                  Page 2 of 3                   Date Rcvd: Mar 29, 2018
                                  Form ID: pdf900             Total Noticed: 58

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13557409         +E-mail/Text: cio.bncmail@irs.gov Mar 30 2018 04:08:01      Internal Revenue Service,
                   Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA 19101-7346
13652028          E-mail/PDF: resurgentbknotifications@resurgent.com Mar 30 2018 04:14:15
                   LVNV Funding, LLC its successors and assigns as,     assignee of HSBC Card Services (III),
                   Inc.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13551293         +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 30 2018 04:15:26       Lvnv Funding Llc,
                   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13625041          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 30 2018 04:28:30      Midland Funding LLC,
                   by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                   Houston, TX 77210-4457
13582131          E-mail/Text: blegal@phfa.org Mar 30 2018 04:08:39      PHFA/HEMAP,    211 NORTH FRONT ST,
                   PO BOX 8029,    HARRISBURG, PA 17105
13651674          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 30 2018 04:14:08
                   Portfolio Recovery Associates LLC,    P.O. Box 41067,    Norfolk, VA 23541
13651169          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 30 2018 04:14:05
                   Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk, VA 23541
13551295         +E-mail/Text: blegal@phfa.org Mar 30 2018 04:08:39      Pa Housing Finance Agency,
                   211 North Front Street,    Harrisburg, PA 17101-1406
13551335         +E-mail/Text: philadelphia.bnc@ssa.gov Mar 30 2018 04:09:10       Social Security,
                   717 State Street Highmark Building,    Suite 500,    Erie PA 16501-1388
13551299          E-mail/PDF: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 30 2018 04:53:08
                   Verizon,    500 Technology Drive, #550,    St Charles, MO 63304-2225
13551299          E-mail/PDF: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 30 2018 04:53:08
                   Verizon,    500 Technology Drive, #550,    St Charles, MO 63304-2225
13551300          E-mail/PDF: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 30 2018 04:53:08
                   Verizon Wireless,    500 Technology Drive #550,    St. Charles, MO 63304-2225
13551300          E-mail/PDF: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 30 2018 04:53:08
                   Verizon Wireless,    500 Technology Drive #550,    St. Charles, MO 63304-2225
13653540         +E-mail/Text: bnc-bluestem@quantum3group.com Mar 30 2018 04:09:17       Webbank-Fingerhut,
                   6250 Ridgewood Rd,    St. Cloud, MN 56303-0820
                                                                                               TOTAL: 19

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank of America, N.A.
cr              Nationstar Mortgage LLC
cr              Wells Fargo Bank, National Association
cr              Wells Fargo Bank, National Association Successor b
cr*             ECMC,    P.O. BOX 16408,    ST. PAUL, MN 55116-0408
cr*             Midland Funding LLC by American InfoSource LP as a,     Attn: Department 1,    PO Box 4457,
                  Houston, TX 77210-4457
13557410*       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,     Office of District Counsel,
                  1000 Liberty Center,    Suite 601C,    Pittsburgh, PA 15222)
13557408*        Internal Revenue Service,    Insolvency Unit,    PO Box 628,    Pittsburgh, PA 15230
13625042*        Midland Funding LLC,    by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                  Houston, TX 77210-4457
13551283        ##+CBE Group,    7700 West 119th Street,    Overland Park, KS 66213-1104
13971153        ##Federal National Mortgage Association,     PO Box 2008,    Grand Rapids, MI 49501-2008
                                                                                      TOTALS: 4, * 5, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-1          User: gamr                Page 3 of 3           Date Rcvd: Mar 29, 2018
                              Form ID: pdf900           Total Noticed: 58
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Daniel P. Foster    on behalf of Debtor Ronald E. Orlowski dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Plaintiff Susan M. Orlowski dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Joint Debtor Susan M. Orlowski dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Plaintiff Ronald E. Orlowski dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jay B. Jones    on behalf of Creditor    BAC Home Loan Servicing, LP pawb@fedphe.com
              Jeniece D. Davis    on behalf of Creditor    Federal National Mortgage Association
               jeniece@mvrlaw.com,  bonnie@mvrlaw.com
              Joseph P. Schalk    on behalf of Creditor    BANK OF AMERICA, N.A. jschalk@barley.com,
               sromig@barley.com
              Lara Shipkovitz Martin    on behalf of Creditor    Wells Fargo Bank, National Association
               lmartin@bernsteinlaw.com,  cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com
              Mario J. Hanyon    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com
              Matthew Christian Waldt    on behalf of Creditor    Wells Fargo Bank, National Association
                Successor by Merger to Wells Fargo Bank Minnesota, As Trustee for Delta Funding Corporation,
               Home Equity Loan Asset-Backed Certificates, Series 2000-4 mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert P. Wendt    on behalf of Creditor    Bank of America, N.A. pawb@fedphe.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Tina M. Fryling    on behalf of Joint Debtor Susan M. Orlowski tinafryling@gmail.com,
               tfryling@mercyhurst.edu;r53088@notify.bestcase.com
              Tina M. Fryling    on behalf of Debtor Ronald E. Orlowski tinafryling@gmail.com,
               tfryling@mercyhurst.edu;r53088@notify.bestcase.com
              William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 20
```