**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Ronald E. Orlowski** | Social Security number or ITIN  xxx–xx–1417 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Susan M. Orlowski** | Social Security number or ITIN  xxx–xx–8339 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **13–10078–TPA**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ronald E. Orlowski              Susan M. Orlowski

5/17/18                **By the court:**        Thomas P. Agresti
                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 13-10078-TPA
Ronald E. Orlowski                                                    Chapter 13
Susan M. Orlowski
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: dkam              Page 1 of 3              Date Rcvd: May 17, 2018
                               Form ID: 3180W         Total Noticed: 59

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2018.
```
db/jdb         +Ronald E. Orlowski,    Susan M. Orlowski,    11013 Morgan Road,    Wattsburg, PA 16442-9133
cr             +Credit Acceptance Corporation,    c/o Deily, Mooney & Glastetter, LLP,    8 Thurlow Terrace,
                 Albany, NY 12203-1006
cr             +Credit Acceptance Corporation,    25505 W. 12 Mile Road,    Suite 3000,
                 Southfield, MI 48034-8331
cr             +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
                 51 East Bethpage Road,    Plainview, NY 11803-4224
13551277       +AES/XLSCIT,    PO Box 2461,    Harrisburg, PA 17105-2461
13551276       +Aes / PNC Education Loan Center,    PO Box 8183,    Harrisburg, PA 17105-8183
13551278       +Andrew F. Gornall, Esquire,    Goldbeck, McCafferty & McKeever,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13557404        Associated Clinical Laboratories,    PO Box 71312,    Philadelphia, PA 19176
13557406       +Berkheimer,    50 North 7th Street,    PO Box 995,    Bangor, PA 18013-0995
13551281       +Brian E Caine,    8 Thurlow Terrace,    Albany, NY 12203-1006
13551286       +Credit Acceptance,    25505 West 12 Mile Road,    Suite 3000,    Southfield, MI 48034-8331
13557402       +Cti Physical Therapy,    300 State Street,    Suite 104,    Erie, PA 16507-1428
13557405      ++EAR NOSE AND THROAT SPECIALISTS OF NW PA,    1645 WEST 8TH STREET,    ERIE PA 16505-5007
               (address filed with court: Ear Nose & Throat Specialists of NW PA,    3580 Peach Street,
                 Erie, PA 16508)
13551290       +Erie County Tax Claim Bureau,    140 West 6th Street,    Room 110,    Erie, PA 16501-1073
13557411       +Great Lakes,    PO Box 530229,    Atlanta, GA 30353-0229
13557401       +Hamot Surgery Center,    200 State Street,    Erie, PA 16507-1499
13557399       +Hand Microsurgery and Reconstruction,    300 State Street,    Suite 205,    Erie, PA 16507-1429
13557407       +Jack’s Repair Shop, Inc.,    9994 Bailey Hill Road,    Sherman, NY 14781-9710
14664290       +Nationstar Mortgage LLC,    PO Box 619094,    Dallas, TX 75261-9094
13557398       +North American Partners in Anesthesia,    Pennsylvania, LLP,    PO Box 275,
                 Glen Head, NY 11545-0275
13557400       +Ob / Gyn Associates of Erie,    100 Peach Street,    Suite 300,    Erie, PA 16507-1423
13551294       +Orchard Bank,    PO Box 60501,    City of Industry CA 91716-0501
13551296      #+Penelec,    PA Electric Company, a FirstEnergy Co.,    331 Newman Springs Road,    Building 3,
                 Red Bank, NJ 07701-6771
13560499       +Pennsylvania Electric Company,    a First Energy Company,    331 Newman Springs Road,
                 Building 3,    Red Bank, NJ 07701-5688
13551297       +Southern Chautauqua Federal Credit Union,    168 East Fairmont Avenue,    Lakewood NY 14750-1942
13551298       +St. Vincent Hospital,    232 West 25th Street,    Erie, PA 16544-0001
13551289       +Student Loan Xpress, Inc.,    1 CIT Drive,    Livingston NJ 07039-5703
13557403       +UPMC Physician Services,    PO Box 371980,    Pittsburgh, PA 15250-7980
13576925        US Dept of Education,    Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 18 2018 01:55:30     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +EDI: BANKAMER.COM May 18 2018 05:28:00     BAC Home Loan Servicing, LP,    7105 Corporate Drive,
                 Mail Stop PTX-B-209,    Plano, TX 75024-4100
cr             +EDI: BANKAMER.COM May 18 2018 05:28:00     BANK OF AMERICA, N.A.,    2380 Performance Dr,
                 Richardson, TX 75082-4333
cr              EDI: AIS.COM May 18 2018 05:28:00      Midland Funding LLC by American InfoSource LP as a,
                 Attn: Department 1,    PO Box 4457,    Houston, TX  77210-4457
13601653        EDI: AIS.COM May 18 2018 05:28:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
13551279       +EDI: BANKAMER.COM May 18 2018 05:28:00     BAC Home Loans Servicing, LP,
                 Bankruptcy Department,    7105 Corporate Drive,    Plano, TX 75024-4100
13551280       +EDI: BANKAMER.COM May 18 2018 05:28:00     BAC Home Loans Servicing, LP,    7105 Corporate Drive,
                 Mail Stop PTX-B-281,    Plano, TX 75024-4100
13624482       +EDI: BANKAMER.COM May 18 2018 05:28:00     Bank of America, N.A.,    7105 Corporate Drive,
                 Plano, TX 75024-4100
13551282       +EDI: CAPITALONE.COM May 18 2018 05:28:00     Capital One Bank,    Attn: American Infosource Lp,
                 PO Box 71083,    Charlotte, NC 28272-1083
13581466        EDI: CAPITALONE.COM May 18 2018 05:28:00     Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
13551284        E-mail/Text: bankruptcy@firstenergycorp.com May 18 2018 01:55:53     Collection Service Center,
                 839 5th Avenue,    New Kensington, PA 15068-6303
13551285       +EDI: BANKAMER.COM May 18 2018 05:28:00     Countrywide Home Lending,
                 Attention: Bankruptcy CA6-919-01-41,    PO Box 5170,    Simi Valley, CA 93062-5170
13551287       +EDI: RCSFNBMARIN.COM May 18 2018 05:28:00     Credit One Bank,    PO Box 98875,
                 Las Vegas, NV 89193-8875
13551288        EDI: DIRECTV.COM May 18 2018 05:28:00     Direct TV,    2230 East Imperial Highway,
                 El Segundo CA 90245
13604791       +EDI: ECMC.COM May 18 2018 05:28:00     ECMC,   lOCKBOX 8682,    P.O. Box 16478,
                 St. Paul, MN 55116-0478
13920971        EDI: ECMC.COM May 18 2018 05:28:00     ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
```

```
District/off: 0315-1              User: dkam                  Page 2 of 3                   Date Rcvd: May 17, 2018
                                  Form ID: 3180W              Total Noticed: 59


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13551291      +EDI: HFC.COM May 18 2018 05:28:00      HSBC Bank,    Attn: Bankruptcy,    PO Box 5213,
               Carol Stream, IL 60197-5213
13551292      +EDI: PRA.COM May 18 2018 05:28:00      Hsbc Bank Nevada, N.A.,
               c/o PRA Receivables Management, LLC,    PO Box 12907,    Norfolk, VA 23541-0907
13557409      +EDI: IRS.COM May 18 2018 05:28:00      Internal Revenue Service,
               Centralized Insolvency Operations,    PO Box 7346,   Philadelphia, PA 19101-7346
13652028       EDI: RESURGENT.COM May 18 2018 05:28:00      LVNV Funding, LLC its successors and assigns as,
               assignee of HSBC Card Services (III),    Inc.,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
13551293      +EDI: RESURGENT.COM May 18 2018 05:28:00      Lvnv Funding Llc,    Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
13625041       EDI: AIS.COM May 18 2018 05:28:00      Midland Funding LLC,    by American InfoSource LP as agent,
               Attn: Department 1,    PO Box 4457,   Houston, TX  77210-4457
13582131       E-mail/Text: blegal@phfa.org May 18 2018 01:55:50       PHFA/HEMAP,    211 NORTH FRONT ST,
               PO BOX 8029,    HARRISBURG, PA 17105
13651674       EDI: PRA.COM May 18 2018 05:28:00      Portfolio Recovery Associates LLC,    P.O. Box 41067,
               Norfolk, VA 23541
13651169       EDI: PRA.COM May 18 2018 05:28:00      Portfolio Recovery Associates, LLC,    POB 12914,
               Norfolk, VA 23541
13551295      +E-mail/Text: blegal@phfa.org May 18 2018 01:55:50       Pa Housing Finance Agency,
               211 North Front Street,    Harrisburg, PA 17101-1406
13551335      +E-mail/Text: philadelphia.bnc@ssa.gov May 18 2018 01:56:13       Social Security,
               717 State Street Highmark Building,    Suite 500,    Erie PA 16501-1388
13551299       EDI: VERIZONCOMB.COM May 18 2018 05:28:00      Verizon,    500 Technology Drive, #550,
               St Charles, MO 63304-2225
13551300       EDI: VERIZONCOMB.COM May 18 2018 05:28:00      Verizon Wireless,    500 Technology Drive #550,
               St. Charles, MO 63304-2225
13653540      +EDI: BLUESTEM May 18 2018 05:28:00      Webbank-Fingerhut,    6250 Ridgewood Rd,
               St. Cloud, MN 56303-0820
                                                                                               TOTAL: 30

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Bank of America, N.A.
cr             Nationstar Mortgage LLC
cr             Seterus, Inc., as the authorized subservicer for F
cr             Wells Fargo Bank, National Association
cr             Wells Fargo Bank, National Association Successor b
cr*            ECMC,   P.O. BOX 16408,    ST. PAUL, MN  55116-0408
cr*            Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
               Houston, TX  77210-4457
13557410*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,    Office of District Counsel,
               1000 Liberty Center,    Suite 601C,    Pittsburgh, PA 15222)
13557408*      Internal Revenue Service,    Insolvency Unit,    PO Box 628,   Pittsburgh, PA 15230
13625042*      Midland Funding LLC,    by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
               Houston, TX  77210-4457
13551283      ##+CBE Group,   7700 West 119th Street,    Overland Park, KS 66213-1104
13971153      ##Federal National Mortgage Association,    PO Box 2008,   Grand Rapids, MI 49501-2008
                                                                                              TOTALS: 5, * 5, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2018                              Signature:   /s/Joseph Speetjens

```
District/off: 0315-1            User: dkam                  Page 3 of 3                   Date Rcvd: May 17, 2018
                                Form ID: 3180W              Total Noticed: 59
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
              Daniel P. Foster    on behalf of Debtor Ronald E. Orlowski dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Plaintiff Susan M. Orlowski dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Joint Debtor Susan M. Orlowski dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Plaintiff Ronald E. Orlowski dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae') heather@mvrlaw.com,  Michelle@mvrlaw.com
              James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jay B. Jones    on behalf of Creditor    BAC Home Loan Servicing, LP pawb@fedphe.com
              Jeniece D. Davis    on behalf of Creditor    Federal National Mortgage Association
               jeniece@mvrlaw.com,  bonnie@mvrlaw.com
              Joseph P. Schalk    on behalf of Creditor    BANK OF AMERICA, N.A. jschalk@barley.com,
               sromig@barley.com
              Lara Shipkovitz Martin    on behalf of Creditor    Wells Fargo Bank, National Association
               lmartin@bernsteinlaw.com,   cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com
              Mario J. Hanyon    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com
              Matthew Christian Waldt    on behalf of Creditor    Wells Fargo Bank, National Association
               Successor by Merger to Wells Fargo Bank Minnesota, As Trustee for Delta Funding Corporation,
               Home Equity Loan Asset-Backed Certificates, Series 2000-4 mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert P. Wendt    on behalf of Creditor    Bank of America, N.A. pawb@fedphe.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Tina M. Fryling    on behalf of Joint Debtor Susan M. Orlowski tinafryling@gmail.com,
               tfryling@mercyhurst.edu;r53088@notify.bestcase.com
              Tina M. Fryling    on behalf of Debtor Ronald E. Orlowski tinafryling@gmail.com,
               tfryling@mercyhurst.edu;r53088@notify.bestcase.com
              William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 21
```